UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Darrian Rachel,

    Plaintiff,

        v.                        Case No.  1:15cv106

Cincinnati, Ohio/Hamilton
County Court System,                    Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 24, 2015 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Complaint (Doc. 3) is **DISMISSED** with prejudice consistent with the recommendation by the Magistrate Judge.

Pursuant to 28 U.S.C. § 1915(a), any request to appeal *in forma pauperis* would not be taken in good faith and would be denied. Plaintiff may apply to proceed *in forma pauperis* in the Court of Appeals.

    **IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge